UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>            Plaintiff,<br><br>    v.<br><br>SVP PARTNERS, LLC,<br><br>            Defendant. | No. 1:20-cv-01381-DAD-EPG<br><br>ORDER SETTING ASIDE DEFAULT<br><br>(ECF Nos. 7, 13)<br><br>ORDER VACATING HEARING AND DENYING MOTION FOR DEFAULT JUDGMENT PER STIPULATION<br><br>(ECF No. 8)<br><br>ORDER SETTING DEADLINE TO FILE RESPONSIVE PLEADING<br><br>ORDER RE-SETTING INITIAL SCHEDULING CONFERENCE |

Before the Court is the Stipulation and Proposed Order to Set Aside Default, (ECF No. 13), which the parties filed on January 12, 2021. Pursuant to the terms of the stipulation, the parties seek to set aside the clerk's entry of default, (ECF No. 7), to vacate the hearing on the motion for a default judgment (ECF No. 8), and to set a ten-day deadline for Defendant to file a responsive pleading.

In light of the stipulation, IT IS HEREBY ORDERED that:

1. The clerk's entry of default (ECF No. 7) is SET ASIDE;
2. The motion for default judgment (ECF No. 8) is DENIED per stipulation;

1

3. The hearing scheduled for January 15, 2021 is VACATED;

4. Defendant shall file a responsive pleading no later than January 22, 2021; and

5. The Court re-sets the initial scheduling conference for February 18, 2021 at 10:30 a.m. The parties are directed to refer to the Court's docket entry [4] to comply with Judge Grosjean's scheduling conference procedures.

IT IS SO ORDERED.

Dated:   **January 12, 2021**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE