DONALD J. PUTTERMAN (SBN 90822)
E-mail: *dputterman@plylaw.com*
DANNIELLE M. CAMPBELL (SBN 303204)
E-mail: *dcampbell@plylaw.com*
PUTTERMAN | YU LLP
345 California Street, Suite 1160
San Francisco CA 94104-2626
Tel:       (415) 839-8779
Fax:      (415) 737-1363

Attorneys for Defendant
SVP PARTNERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, and Individual,<br><br>Plaintiff,<br><br>v.<br><br>SVP PARTNERS, LLC, a California LLC,<br><br>Defendants. | Case No.  1:20-cv-01381-DAD-EPG<br><br>**DEFENDANT SVP PARTNERS, LLC'S REQUEST FOR WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS PURSUANT TO F.R.C.P. RULE 12(b)(5) AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:     September 30, 2020<br><br>Date:              February 19, 2021<br>*(Reset to March 2, 2021 at 9:30 A.M., C/R 5)*<br>Time:             10:00 a.m.<br>Courtroom:     10<br><br>The Honorable Erica P. Grosjean Presiding |

Defendant, SVP PARTNERS, LLC (hereinafter "SVP PARTNERS" or "Defendant") filed a Motion to Dismiss Plaintiff George Avalos's Complaint For Damages And Injunctive Relief For: (1) Violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §12181 *et seq.* as amended by the ADA Amendments Act of 2008 (P.L. 110-325) and (2) Violations of the Unruh Civil Rights Act, California Civil Code §51 *et seq.* ("Complaint") on January 22, 2021 (Docket No. 15), pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process. The Motion was originally set to be heard on February 19, 2021 before Magistrate Judge Erica P. Grosjean.  That date was vacated and reset for March 2, 2021 and to be heard by District Judge Dale A. Drozd (Docket No. 16, Minute Order).

Defendant's Motion to Dismiss was premised upon the improper Service of Plaintiff's Complaint as it failed to include a Summons. *See* Docket No. 5.  Subsequent to discussions regarding the defects in service and in the consideration of judicial resources—Plaintiff has cured the defects and Defendant's counsel has accepted service of the Complaint and executed the Notice and Acknowledgement of Receipt of Summons and Complaint (Docket No. 18).

IT IS HEREBY REQUESTED that the Court withdraw Defendant's Motion to Dismiss Plaintiff's Complaint (Docket No. 15) set to be heard on March 2, 2021 by District Judge Dale A. Drozd (Docket No. 16, Minute Order).

IT IS FURTHER REQUESTED that the Court vacate the briefing schedule affiliated with Defendant's Motion to Dismiss Plaintiff's Complaint (Docket No. 15).

DATED:  February 11, 2021                                   PUTTERMAN | YU LLP

                                                                                By:  */s/ Dannielle M. Campbell*
                                                                                        DANNIELLE M. CAMPBELL
                                                                                        Attorneys for Defendant SVP PARTNERS, LLC

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

1. The hearing on Defendant SVP PARTNERS, LLC's Motion to Dismiss Plaintiff's Complaint (Docket No. 15) is vacated.
2. Defendant SVP PARTNERS, LLC's Motion to Dismiss Plaintiff's Complaint (Docket No. 15) will be withdrawn in its entirety, thereby vacating the briefing schedule for both parties.

IT IS SO ORDERED.

DATED: February __, 2021

_____
Honorable Dale A. Drozd
Judge of the United States District Court